1 **NICHOLAS F. REYES, #102114**
Attorney at Law
2 1107 "R" Street
Fresno, California 93721
3 Telephone: (559) 486-4500
Facsimile:    (559) 486-4533
4

5 Attorney for Defendant
**JORGE TOLEDO ALVARADO**
6

7
UNITED STATES DISTRICT COURT
8
EASTERN  DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA | ) | **CASE NO.1:08-CR-340-OWW** |
| --- | --- | --- |
|  | ) |  |
11 |  | ) | **STIPULATION TO CONTINUE** |
|  Plaintiff, | ) | **SENTENCING** |
12 |  | ) |  |
|   v. | ) |  |
13 |  | ) |  |
| JORGE TOLEDO ALVARADO | ) |  |
14 |  | ) |  |
|   Defendant. | ) |  |
15 | _____ | ) |  |

16
Defendant, JORGE TOLEDO ALVARADO, by and through his counsel of
17
record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and
18
through its counsel of record, KIMBERLY A. SANCHEZ, Assistant United States Attorney
19
for the Eastern District of California, hereby stipulate that the sentencing in the above-
20
referenced case currently scheduled for Monday, March 29, 2010, at 9:00 a.m. be
21
continued to Monday, April 26, 2010 at 9:00 a.m. in the courtroom for the Honorable
22
Oliver W. Wanger, District Judge.
23
///
24
///
25
///
26
///
27
///
28

**IT IS SO STIPULATED**

                                              Respectfully submitted,

Dated: 03-25-10                                   /s/ Nicholas F. Reyes
                                                      NICHOLAS F. REYES
                                                      Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 03-25-10                                   /s/ Kimberly A. Sanchez
                                                      KIMBERLY A. SANCHEZ
                                                      Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   March 25, 2010**                   **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE