1 **NICHOLAS F. REYES, #102114**
Attorney at Law
2 1107 "R" Street
Fresno, California 93721
3 Telephone: (559) 486-4500
Facsimile:    (559) 486-4533
4

5 Attorney for Defendant
**JORGE TOLEDO ALVARADO**
6

7
UNITED STATES DISTRICT COURT
8
EASTERN  DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA | ) | **CASE NO.1:08-CR-340-OWW** |
| --- | --- | --- |
|  | ) |  |
11 |  | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
12 | Plaintiff, | ) |  |
|  | ) |  |
13 | v. | ) |  |
|  | ) |  |
14 | JORGE TOLEDO ALVARADO | ) |  |
|  | ) |  |
15 | Defendant. | ) |  |
| _____ | ) |  |
16

17     Defendant, JORGE TOLEDO ALVARADO, by and through his counsel of

18 record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and

19 through its counsel of record, KIMBERLY A. SANCHEZ, Assistant United States Attorney

20 for the Eastern District of California, hereby stipulate that the sentencing in the above-

21 referenced case currently scheduled for Monday, April 26, 2010, at 9:00 a.m. be

22 continued to Monday, June 28, 2010 at 9:00 a.m. in the courtroom for the Honorable

23 Oliver W. Wanger, District Judge.

24 ///

25 ///

26 ///

27 ///

28 ///

**IT IS SO STIPULATED**

                                            Respectfully submitted,

Dated: 04-21-10                         /s/ Nicholas F. Reyes
                                                NICHOLAS F. REYES
                                                Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 04-21-10                         /s/ Kimberly A. Sanchez
                                                KIMBERLY A. SANCHEZ
                                                Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   April 21, 2010**                **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE