1   **NICHOLAS F. REYES, #102114**
Attorney at Law
2   1107 "R" Street
Fresno, California 93721
3   Telephone: (559) 486-4500
Facsimile:   (559) 486-4533
4

5   Attorney for Defendant
**JORGE TOLEDO ALVARADO**
6

7
UNITED STATES DISTRICT COURT
8
EASTERN  DISTRICT OF CALIFORNIA
9

10   UNITED STATES OF AMERICA          )          **CASE NO.1:08-CR-340-OWW**
                                       )
11                                     )          **STIPULATION  TO CONTINUE**
                  Plaintiff,           )          **SENTENCING; ORDER**
12                                     )
                                       )
13        v.                           )
                                       )
14   JORGE TOLEDO ALVARADO             )
                                       )
15                Defendant.           )
     _____ )
16

17        Defendant, JORGE TOLEDO ALVARADO, by and through his counsel of

18   record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and

19   through its counsel of record, KIMBERLY A. SANCHEZ, Assistant United States Attorney

20   for the Eastern District of California, hereby stipulate that the sentencing in the above-

21   referenced case currently scheduled for Monday, June 28, 2010, at 9:00 a.m. be

22   continued to Monday, July 19, 2010 at 9:00 a.m. in the courtroom for the Honorable

23   Oliver W. Wanger, District Judge.

     ///

24   ///

25   ///

26   ///

27   ///

28

1    **IT IS SO STIPULATED**

                                    Respectfully submitted,
2

3
     Dated: 06-22-10                          /s/ Nicholas F. Reyes_____
4                                             NICHOLAS F. REYES
                                              Attorney for Defendant
5

6

7    **IT IS SO STIPULATED**

8

9    Dated: 06-22-10                          /s/ Kimberly A. Sanchez_____
                                              KIMBERLY A. SANCHEZ
10                                            Assistant U.S. Attorney
     IT IS SO ORDERED.
11
     **Dated:     June 24, 2010**          _____/s/ Oliver W. Wanger_____
12                                            UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28